UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
In re: Cellular Devices                   :    ORDER
                                          :
------------------------------------------X    M10-468

    Effective immediately, the Southern District of New York will no longer issue service passes to attorneys. Attorneys presenting appropriate verification of membership of the bar of any state or federal court will be permitted to enter the courthouses of the Southern District of New York in possession of one cellular telephone or comparable mobile device. Attorneys are not permitted to carry laptops or other comparable computing devices into the courthouse without express permission from a district judge or magistrate judge. In all courtrooms, cellular service must be in the off position unless the presiding judge specifically grants permission to use the service during the proceeding. This administrative order does not limit in any way the authority of a district judge or magistrate judge to curtail the presence or use of such devices as circumstances may warrant. In accordance with the Local and General Rules of the Court, taking photographs and making video or audio recordings in the courthouse, at any time, are strictly forbidden. Violations of this order may result in court-imposed sanctions, including but not limited to fines and forfeitures of the privileges hereby extended.

    All other provisions of Standing Order 14-MISC-0047, adopted on

February 27, 2014, pertaining to the use and authorization of Personal Electronic Devices and General-Purpose Computing Devices remain in place.

SO ORDERED.

Dated: New York, New York
       March 28, 2023

                                          LAURA TAYLOR SWAIN
                                    Chief United States District Judge